Marianne Monroy (MM-0162)
Caroline P. Wallitt (CW-2065)
GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant Fieldston Operating LLC*
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
E. CAFARELLA

        Plaintiff,

- against -

FIELDSTON OPERATING LLC a/k/a
FIELDSTONE OPERATING LLC a/k/a
FIELDSTON LODGE NURSING HOME a/k/a
FIELDSTONE LODGE NURSING HOME,

        Defendant.
---------------------------------x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Docket No. CV-08-00233

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Fieldston Operating LLC, d/b/a Fieldston Lodge Care Center, by its attorneys, Garfunkel, Wild & Travis, P.C., certifies that Fieldston Operating LLC has no parent corporation(s), nor is there a publicly held corporation that owns ten percent (10%) or more of any of its stock.

Dated: Great Neck, New York
       March 6, 2008

                  GARFUNKEL, WILD & TRAVIS, P.C.
                  *Attorneys for Defendant Fieldston Operating LLC*

                  By: ___/s/ CP Wallitt_____
                      Marianne Monroy (MM-0162)
                      Caroline P. Wallitt (CW-2065)

                  111 Great Neck Road
                  Great Neck, New York 11021
                  (516) 393-2200

TO:   David Abrams (DA-8126)
       305 Broadway, 5th floor
       New York, New York 10007

850745v.1