Marianne Monroy (MM-0162)
Caroline P. Wallitt (CW-2065)
GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant Fieldston Operating LLC*
111 Great Neck Road
Great Neck, New York  11021
(516) 393-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| E. CAFARELLA | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| - against - | Docket No. CV-08-00233 |
| FIELDSTON OPERATING LLC a/k/a FIELDSTONE OPERATING LLC a/k/a FIELDSTON LODGE NURSING HOME a/k/a FIELDSTONE LODGE NURSING HOME, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CAROLINE P. WALLITT, an attorney admitted to practice before the United States District Court, Eastern District of New York, certifies that, on March 6, 2008, the undersigned served counsel listed below:

David Abrams (DA-8126)
305 Broadway, 5th floor
New York, New York 10007

with Defendants' Rule 7.1 Corporate Disclosure Statement and Answer, dated March 6, 2008 by dispatching a true copy of same, securely enclosed in a properly-addressed wrapper under the exclusive care and custody of the United States Postal Service.

.Dated: Great Neck, New York
March 6, 2008

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant Fieldston Operating LLC*

By:  _____
Marianne Monroy (MM-0162)
Caroline P. Wallitt (CW-2065)

111 Great Neck Road
Great Neck, New York  11021
(516) 393-2200

851723v.1