Leonard M. Rosenberg (LR-6910)
Marianne Monroy (MM-0162)
Caroline P. Wallitt (CW-2065)
GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant Fieldston Operating LLC*
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| E. CAFARELLA, | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| -against- | Docket No. 08 CV 00233 |
| FIELDSTON OPERATING LLC A/K/A FIELDSTONE OPERATING LLC A/K/A FIELDSTON LODGE NURSING HOME A/K/A FIELDSTONE LODGE NURSING HOME, | |
| Defendant. | |

-------------------------------------------------------------x

   PLEASE TAKE NOTICE that on behalf of Defendant Fieldston Operating LLC d/b/a Fieldston Lodge Care Center, the undersigned attorney will appear as counsel of record, and all pleadings, papers and documents required to be served in this action upon the above Defendant should be served upon the undersigned.

Dated: Great Neck, New York
       March 20, 2008

                                GARFUNKEL, WILD & TRAVIS, P.C.
                                *Attorneys for Defendant Fieldston Operating LLC*

                                By: _____
                                       Marianne Monroy (MM-0162)
                                111 Great Neck Road
                                Great Neck, New York 11021
                                (516) 393-2200

855350v.1

To:  David Abrams, Esq. (DA-8126)
     *Attorneys for Plaintiff*
     305 Broadway, 5th Floor
     New York, New York  10007
     (212) 897-5821

855350v.1