Leonard M. Rosenberg (LR-6910)
Marianne Monroy (MM-0162)
Caroline P. Wallitt (CW-2065)
GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant Fieldston Operating LLC*
111 Great Neck Road
Great Neck, New York  11021
(516) 393-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
E. CAFARELLA,

              Plaintiff,    **CERTIFICATE OF SERVICE**

-against-

FIELDSTON OPERATING LLC A/K/A    Docket No. 08 CV 00233
FIELDSTONE OPERATING LLC A/K/A
FIELDSTON LODGE NURSING HOME A/K/A
FIELDSTONE LODGE NURSING HOME,

              Defendant.
------------------------------------------------x

    MARIANNE MONROY, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on March 20, 2008, the undersigned served counsel listed below:

        David Abrams, Esq. (DA-8126)
        *Attorneys for Plaintiff*
        305 Broadway, 5th Floor
        New York, New York  10007
        (212) 897-5821

with a Notice of Appearance by dispatching a true copy of same, securely enclosed in a properly-addressed wrapper under the exclusive care and custody of the United States Postal Service.

Dated: Great Neck, New York
       March 20, 2008

                                      GARFUNKEL, WILD & TRAVIS, P.C.
                                      *Attorneys for Defendant Fieldston Operating LLC*
                                      By: _____
                                              Marianne Monroy (MM-0162)
                                    111 Great Neck Road
                                    Great Neck, New York  11021
                                    (516) 393-2200

855413v.1