# GARFUNKEL, WILD & TRAVIS, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964

www.gwtlaw.com

ROBERT ANDREW WILD *
FREDRICK I. MILLER *
JUDITH A. EISEN *
LEONARD M. ROSENBERG *
JEFFREY S. BROWN *‡†
ANDREW E. BLUSTEIN *‡†
BURTON S. WESTON *
DAVID J. BIEHL *
MICHAEL J. KEANE *‡
HAYDEN S. WOOL *
GREG E. BLOOM *#
ROY W. BREITENBACH *#

JEFFRY ADEST *‡
STEVEN R. ANTICO ‡*
SUZANNE M. AVENA *
STEVEN J. CHANANIE *
PHILIP C. CHRONAKIS *‡
PETER A. EGAN *#
B. SCOTT HIGGINS *
PETER M. HOFFMAN *
EVE GREEN KOOPERSMITH *
SEAN P. LEYDEN *#
PETER B. MANCINO *
DORIS L. MARTIN *
JOHN G. MARTIN *
LOURDES MARTINEZ *‡
PATRICK J. MONAHAN II #
RAYMOND P. MULRY *
ALAN H. PERZLEY *‡
GREGG D. REISMAN *
TERENCE A. RUSSO *‡
ANDREW J. SCHULSON *
DEBRA A. SILVERMAN *
CHRISTINA VAN VORT *
ANDREW L. ZWERLING *

OF COUNSEL
GEORGE M. GARFUNKEL *
NORTON L. TRAVIS *
DAVID H. STECKLER *
STUART M. HOCHRON, M.D. ‡

WRITER'S EMAIL: cwallitt@gwtlaw.com
WRITER'S DIRECT DIAL: (516) 393-2594

July 29, 2008

DANIEL ALLIANCE *
MICHAEL M. BARUCH *
JOHN BECKER *
WILHELMINA A. DE HARDER *
ROBERT A. DEL GIORNO *
LUCIA F. DENG *
REBECCA A. EDELMAN LEVY ‡*
THERESA A. EHLE *#
JACQUELINE H. FINNEGAN *
JORDAN M. FREUNDLICH *
RANDI B. FRIEDMAN *#
NICOLE F. GADH *‡
STACEY L. GULICK *‡
JASON Y. HSI *
KIMBERLY KEMPTON-SERRA *#
MELISSA S. KUBIT *‡
SHILPA PATEL LARSON *‡
LAUREN M. LEVINE *‡
SALVATORE PUCCIO *
COURTNEY A. ROGERS *
MOLLY M. RUSH *

MICHELLE LEWIS SALZMAN *
PETER G. SIACHOS *‡
GREGORY R. SMITH *
JESSICA M. SPERLING *#
COLLEEN M. TARPEY *
GERARD H. TONER *
JUSTIN M. VOGEL *
CAROLINE P. WALLITT *
ALICIA M. WILSON *

SENIOR ATTORNEYS
LARA JEAN ANCONA *
KEVIN G. DONOGHUE *
LAURIE BORGERDING JOHNSON *
BARBARA D. KNOTHE *#
JOHN P. KRALJIC *
MARIANNE MONROY *‡
KAREN L. RODGERS *
ROBERT E. SCHILLER *
AFSHEEN A. SHAH *

* LICENSED IN NEW YORK
‡ LICENSED IN NEW JERSEY
# LICENSED IN CONNECTICUT
† RESPONSIBLE PARTNERS FOR NEW JERSEY OFFICE

FILE NO.: 11972.0004
REPLY TO: New York

**BY ECF AND FEDERAL EXPRESS**

The Honorable Gerard E. Lynch
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

    Re:    *E. Cafarella v. Fieldston Operating LLC, et al.*
            Index No.: CV-08-00233

Dear Judge Lynch:

    This office represents Defendant Fieldston Operating LLC ("Fieldston") in the above action against Plaintiff Eileen Cafarella.

    The parties are diligently proceeding through discovery. However, we respectfully request a sixty-day extension of time, from Friday, August 1, 2008 until Tuesday, September 30, 2008, to complete fact discovery and take depositions. It should be noted that this is Fieldston's first request, and Plaintiff has consented to the extension. Accordingly, this extension, if granted, will affect other dates in the Civil Case Management Plan. Therefore, I have enclosed a Proposed Revised Scheduling Order with this letter, in accordance with Your Honor's Individual Practices in Civil Cases. Please note that Defendant has proposed, with Plaintiff's consent, three weeks instead of one to serve and file reply papers in a dispositive motion.

    We also request that the conference originally scheduled for Friday, August 8, 2008 at 10:30 a.m. be adjourned until after fact discovery is completed, which would be the first week in

The Honorable Gerard E. Lynch
July 29, 2008
Page 2

October.

                                              Respectfully submitted,

                                              Caroline P. Wallitt (CW-2065)

Enclosure

cc:    David Abrams, Esq. (DA-8126)
        Leonard M. Rosenberg, Esq. (LR-6910)
        Marianne Monroy, Esq. (MM-0162)

GARFUNKEL, WILD & TRAVIS, P.C.

994958v.1

Marianne Monroy (MM-0162)  
Caroline P. Wallitt (CW-2065)  
GARFUNKEL, WILD & TRAVIS, P.C.  
*Attorneys for Defendant*  
111 Great Neck Road  
Great Neck, New York 11021  
(516) 393-2200

David Abrams, Esq. (DA-8126)  
*Attorney for Plaintiff*  
305 Broadway, Fifth Floor  
New York, New York 10007  
(212) 897-5821

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------x

E. CAFARELLA,

          Plaintiff,

- against -

FIELDSTON OPERATING LLC A/K/A  
FIELDSTONE OPERATING LLC A/K/A  
FIELDSTON LODGE NURSING HOME A/K/A  
FIELDSTONE LODGE NURSING HOME,

          Defendant.

------------------------------------x

**PROPOSED SCHEDULING ORDER**

CV-08-233

This Proposed Scheduling order incorporate the sixty-day discovery extension agreed to between the parties.

- All fact discovery is to be completed by Tuesday, September 30, 2008.

- Depositions to be completed by Tuesday, September 30, 2008.

- Experts are to be designated by Tuesday, October 14, 2008, and experts' reports exchanged no later than Friday, October 31, 2008.

- Dispositive Motions are to be served and filed by Monday, December 1, 2008. Answering papers are to be served and filed by Monday, December 29, 2008. Reply

994965v.2

papers are to be served and filed by Monday, January 19, 2009.

SO ORDERED:

_____
GERARD E. LYNCH
United States District Judge

994965v.2