Marianne Monroy (MM-0162)  
Caroline P. Wallitt (CW-2065)  
GARFUNKEL, WILD & TRAVIS, P.C.  
*Attorneys for Defendant*  
111 Great Neck Road  
Great Neck, New York 11021  
(516) 393-2200  

David Abrams, Esq. (DA-8126)  
*Attorney for Plaintiff*  
305 Broadway, Fifth Floor  
New York, New York 10007  
(212) 897-5821  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------x  

E. CAFARELLA,  

                Plaintiff,  

  - against -  

FIELDSTON OPERATING LLC A/K/A  
FIELDSTONE OPERATING LLC A/K/A  
FIELDSTON LODGE NURSING HOME A/K/A  
FIELDSTONE LODGE NURSING HOME,  

                Defendant.  
------------------------------------x  

~~PROPOSED~~ SCHEDULING ORDER  

CV-08-233  


USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 7/31/08

This Proposed Scheduling order incorporates the sixty-day discovery extension agreed to between the parties.

- All fact discovery is to be completed by Tuesday, September 30, 2008.

- Depositions to be completed by Tuesday, September 30, 2008.

- Experts are to be designated by Tuesday, October 14, 2008, and experts' reports exchanged no later than Friday, October 31, 2008.

- Dispositive Motions are to be served and filed by Monday, December 1, 2008. Answering papers are to be served and filed by Monday, December 29, 2008. Reply

994965v.2

papers are to be served and filed by Monday, January 19, 2009.

SO ORDERED:

*The conference originally scheduled for Friday August 8, 2008, is rescheduled for October 3, 2008, at 10:30 a.m.* ∗

_____
GERARD E. LYNCH
United States District Judge

7/30/08

2

994965v.2